ORDER - Minute Entry, Transferring Cs to T/Dist Crt of Guam

8/5/98   1   COMPLAINT filed Summons(es) Issued referred to Discovery Rosalyn M. Chapman (bg) [Entry date 08/06/98] [2: 98cv6342]

8/21/98   2   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV97-7023 HLH (RCx)] Case transferred front Judge Richard A. Paez to Judge Harry L. Hupp for all further proceedings. The case number will now reflect the initials of the transferee Judge [ CV98-6342  HLH (RCx)] . (cc: all counsel) (jc) [Entry date 08/24/98] [2: 98cv6342]

9/1/98   3   SUPPLEMENTAL ORDER OF CONSOLIDATION by Judge Harry L. Hupp mandatory status conference set on 1:30 10/9/98 (re MDL 1237; cv 98-6239; 98-6240; 98-6292; 98-6298; 98-6301; 98-6310; 98-6315; 98-6316; 98-6317; 98-6320; 98-6327; 98-6334; 98-6335; 98-6338; 98-6340; 98-6346; 98-6358; 98-6387; 98-6388; 98-6389; 98-6463; 98-6464; 98-6465; 98-6466   (shb) [Entry date 09/23/98] [2:98cv6342]

10/2/98   4   WAIVER OF SERVICE of SUMMONS by atty R M Kern on behalf of defendant Serco Management Svc sent by plf on 8/26/98 (jag) [Entry date 10/07/98) [2:98cv6342]

10/23/98   5   ANSWER filed by defendant Serco Management Svc, defendant Serco Group Inc, defendant Serco Inc, defendant Serco Group  Plc, defendant Barton Atc Int'l Inc. defendant
Barton ATC Inc to complaint [1-1]; jury demand (et) [Entry date 10/30/981 [2:98cv6342]

10/28/98   6   ANSWER filed by defendant USA to complaint [1-1] (et)  [Entry date 11/02/98] [2:98cv6342]

3/22/99   9   STIPULATION filed that the uSA may have leave to file 3rd pty cmps in the following cases: cv 98-6466; 98-6334; 98-6336; 98-6344; 98-6343; 98-6345; 98-6338; 98-6339; 98-6465; 98-6341; 98-6463; MDL 1237) (shb) [Entry date 04/09/99] [2:98cv6342]

3/26/99   7   ORDER by Judge Harry L. Hupp that the USA is granted leace to file 3rd pty cmp in case nos: MDL 1237, 98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6339; 98-6465; 98-6341; 98-6463) (shb)  [Entry date 04/08/99] [2:98cv6342]

3/30/99   8   THIRD-PARTY COMPLAINT: by defendant USA; adding Korean Air Lines Co; Summons not issued (Re: MDL 1237, cv 98-6334; 98-6336; 98-6 344; 98-6337; 98-6343; 98-6338; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 04/08/99]  [2: 98cv6342]

4/22/99   10   NOTICE OF CHANGE Of Address filed by Korean Air Lines re Condon & Forsythe (re MDL 1237) (shb) (Entry date 04/23/99] [2: 98cv6342]

5/4/99   11   WAIVER OF SERVICE of SUMMONS by third-party defendant Korean Air Lines Co sent by p2-f on 4/14/99 (et) [Entry date 05/CS/99] [2:98cv6342]

6/10/99   12   ANSWER TO THIRD `PARTY COMPLAINT [8-1] by third-party defendant Korean Air Lines Co (Relates to MDL 1 237, cv 98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6339; 98-6465; 98-6341; 98-6463) (shb)  [Entry date 06/17/99][2:98cv6342]

6/10/99    12    COUNTERCLAIM by third-party defendant Korean Air Lines Co
against third-party plaintiff USAcntdft Serco Management  Svc; summons not
issued (Relates to MDL
1237, cv 98-6466;  98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345;
98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date
07/09/99] [2:98cv6342]

 7/8/99    13    ANSWER TO cross claim incorrectly labeled COUNTERCLAIM of
Korean Air Lines [12-1] by counter-defendant Serco  Management Svc (Relates
to MDl 1237, cv 98-6466;
98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338;  98-6342;
98-6339; 98-6465; 98-6341; 98-6463) (shb)  [Entry date 07/09/99]
[2:98cv6342]

 7/8/99    13    COUNTERCLAIM by counter-defendant Serco Management Svc
against counter-claimant Korean Air Lines Co ; summons not  issued (relates
to MDL 1237, cv 98-6466; 98-6334; 98-6336;  98-6344; 98-6337; 98-6343;
98-6345; 98-6338; 98-6342;  9806339; 98-6465; 98-6341; 98-6463) (shb)  [Entry
date 07/09/99] [2:98cv6342]

 7/15/99    14    ANSWER TO COUNTERCLAIM of Serco Management [13-1] by
counter-defendant Korean Air Lines Co (Relates to MDL 1237,  cv 98-6466;
98-6334; 98-6336; 98-6344; 98-6337; 98-6343;  98-6345; 98-6338; 98-6342;
98-6339; 98-6465; 98-6341; 98-6463)
(shb) [Entry date 07/19/99] [2:98cv6342]

 8/4/99    15    STIPULATION and ORDER by Judge Harry L. Hupp for leave to  by
pltfs to file first amended complaint (Relates to MDL 1237) (shb) [Entry date
08/12/99] [2:98cv6342]

 8/4/99    16    AMENDED COMPLAINT [1-1] by plaintiff Goun Ja Lee; adding
Korean Air Lines Co; jury demand. Summons issued (Relates to MDL 1237) (shb)
[Entry date 08/12/99] [2:98cv6342]

 8/12/99    SUMMONS issued as to defendant Korean Air Lines Co on 1st  amd cmp
(Relates to MDL 1237) (shb) [Entry date 08/12/99]   [2: 98cv6342]

 8/18/99    17    ANSWER TO COUNTERCLAIM [12-1] by counter-defendant USA
(Relates to MDL 1237) (shb) [Entry date 08/19/99]    [2 :98cv6342]

10/1/99    18    ANSWER filed by defendant USA to First amended complaint
[16-1] (relates to MDL 1237) (pbap) [Entry date 10/07/'99]   [2: 98cv6342]

 10/1/99    19    STIPULATION and ORDER by Judge Harry L. Hupp tht the ti  of
dft USA to ans Plf's 1st amd Cmp be extd to and includ  10/1/99 for the
following cmps: CV-98-6466 (AHN),  CV-98-6334 (CHOI), CV-98-6336 (HAN),
CV-98-6344(HONG),  CV-98-6337 (HUR) ,
CV-98-6343 (JUNG) , CV-98-6345 (KANG)  CV-98-6338 (LEE,JONG), CV-98-6342
(LEE,GOUN), CV-98-6339  (LEE,HAN) , CV-98-6465 (PARK), CV-98-6341 (SEO), and
CV-98-6463 (YOON) . (pbap) [Entry date 10/28/99]   [2: 98cv6342]

 1/21/00    20    ANSWER filed by defendant Korean Air Lines Co to 1st  amended
complaint [16-1] (pbap) [Entry date 02/01/00]
 [2: 98cv6342]

 5/31/00    22    NOTICE OF MOTION AND MOTION by defendant USA to dismiss,  or
in the alt to transfer case to the District of Guam ;  motion hearing set for
9:30 6/21/00 (shb) [Entry date 06/21/00] [2:98cv6342]

 6/7/00    21    OPPOSITION by plaintiff Goun Ja Lee to to USA's motion to
dismiss or in the alt to transfer case to the District of Guam (shb) [Entry

date 06/09/00] [2:98cv6342]

 6/14/00    23   REPLY by defendant USA to response to motion to dismiss
[22-1], motion to transfer case to the District of Guam  [22-2] (Relates to
MDL 1237) (shb) [Entry date 06/21/00]
[2: 98cv6342]

 7/3/00    24   ERRATA sheet to defendant USA's reply memo in supprt of
motion to dismiss [22-1], motion to transfer case to the  District of Guam
[22-2] (pbap) [Entry date 07/05/00]
[2:98cv6342]

 7/31/00    25   DECLARATION of Brian J. Alexander by plaintiff Steering
Committee (pbap) [Entry date 08/01/00] [2:98cv6342]

 7/31/00    26   SURREPLY in Opp by plaintiff Steering Committee to motion  to
dismiss [22-1], motion to transfer case to the District of Guam [22-2] (pbap)
[Entry date 08/01/00] [2:98cv6342]

 8/2/00    31   COMPLAINT-IN-INTERVENTION by intervenor plaintiff Korean Labor
Welfare ; summons not issued. (per ord (m.o.) dtd 8/28/00) ; re MDL 1237
(pbap) [Entry date 09/07/00] [2: 98cv6342]

 8/7/00    27   NOTICE of Lien by intervenor plaintiff Korean Labor  Welfare
Corp (re: MDL 1237) (pbap) [Entry date 08/09/00]
[2: 98cv6342]

 8/7/00    28   RESPONSE by defendant USA to plfs' Surreply in Opp to  motion
to dismiss [22-1], to motion to transfer case :o the  District of Guarr
[22-2] (pbap) [Entry date 08/10/00]  [2:98cv6342]

 8/10/00    29   NOTICE OF MOTION AND MOTION by plaintiff Steering  Committee
re choice of law on the issue of damages agnst dfts US,  Serco and KAL ;
motion hearing set for 10:00 8/28/00    Lodged ord (pbap) [Entry date
08/11/00] [2:98cv6342]

 8/10/00    30   MEMORANDUM IN SUPPORT by plaintiff Steering Committee of
motion re choice of law on the issue of damages agnst dfts  US, Serco and KAL
[29-1] (pbap) [Entry date 08/11/00]  [2: 98cv6342]

 9/1/00    32   FIRST AMENDED COMPLAINT-IN-INTERVENTION by intervenor
plaintiff Korean Labor Welfare ; summons not issued. (re MDL 1237) (pbap)
[Entry date 09/07/00]  [2:98cv6342]

 9/21/00    33   ANSWER filed by defendant to complaint [32-1]; jury  demand
(re: MDL 1237)(pbap) [Entry date 09/22/00] [2:98cv6342]

 9/26/00    34   ANSWER filed by defendant USA to 1st amd complaint   [32-1]
(re: MDL 1237)(pbap) [Entry date 09/28/00] [2:98cv6342]

 3/7/01    35   MEMO OF CONTENTIONS OF FACT and LAW by defendant Korean  Air
Lines Co (MDL No. 1237) (dw) [Entry date 03/08/01]   [2 :98cv6342]

 3/7/01    36   WITNESS list submitted by defendant Korean Air Lines Co (MDL
No. 1237) (dw) [Entry date 03/08/01] [2:98cv6342]

 3/7/01    37   STIPULATION filed tht plfs shl hv an ext until 3/12/01 to  fi
their jnt exh 1st, wit 1st, and memo fo contentions of fact and law (pbap)
[Entry date 03/09/01] [2:98cv6342]

 3/7/01   LODGED/PROPOSED ORDER submitted . (FWD TO CRD) (pbap)  [Entry date
03/09/01] [2:98cv6342]

3/12/01    38    Jnt ext 1st (re: MDL 1237) (pbap) [Entry date 03/13/01]   [2: 98cv6342]

 3/12/01    39    Jnt exh 1st. (Re: MD 1237) (pbap) [Entry date 3/13/01]   [2: 98cv6342]

 3/12/01    40    MEMO OF CONTENTIONS OF FACT and LAW by plaintiffs (re:  MDL 1237) (pbap) [Entry date 03/15/01] [2:98cv6342]

 3/12/01    41    WITNESS list submitted by plaintiff (pbap) [Entry date 03/13/01] [2:98cv6342]

 3/19/01    42    OPPOSITION by plaintiffs to Korean Airlines Co., Ltd's response (raised in connection with US' mtn to str plfs'    expert wits) (pbap) [Entry date 03/21/01] [2:98cv6342]

3/22/01    43    NOTICE OF MOTION AND MOTION by defendant Korean Air Lines  Co in  limine to exclude all liability evid or evid  relating to conduct of dfts at dm trials (dw) [Entry date 03/26/01] [2:98cv6342]

 3/28/01    44    MINUTES: by Judge Harry L. Hupp; ; pretrial conference on 1:30 4/9/01 The revised PTC order shall contsin the ofl(see mins) CR: Cynthia L. Mizell (yc) [Entry date 04/04/01] [2:98cv6342]

 4/4/01    45    STIPULATION and ORDER by Judge Harry L. Hupp that pltf s & dft Korean Air Lines Co Ltd shall have until 4/11/01 to  file joint P/T Ord & amd exh list; The pretrial conference  is cont to 1:30 4/18/01 (dw) [Entry date 04/11/01]  [2: 98cv6342]

 4/5/01    46    MINUTES: Cnsl for the following cases: 98-6334; 98-4500; 98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337;  98-6388; 98-6316; 98-6806; 98-5450; 98-6369; 98-2243;  98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are  advised of the PTC set for 4/18/01 at 1:30 p.m. If you  have any questions concerning this minute order, please  contact the crt clerk at (213) 894-5216 by Judge Harry L.  Hupp CR: not present (pbap) [Entry date 04/16/01]  [2: 98cv6342]

 4/11/01    LODGED PTC ord (re: 98-6342)   (FWD TO CRD) (pbap) [Entry date 04/17/01] [2:98cv6342]

 4/11/01    47    JNT EXHIBIT list (re: Mi Ra Son (pbap)  [Entry date 04/18/01] [2:98cv6342]

 4/11/01    48    FIRST AND WITNESS list submitted by plf (re: Mi Ra Son) (pbap) [Entry date 04/18/01] [2:98cv6342]

 4/12/01    49    FIRST AMD WITNESS list submitted by defendant Korean Air Lines Co. (re: Lee, Goun Ja) (pbap) [Entry date 04/18/01] [2 : 98cv6342]

 4/18/01    50    MINUTES: pretrial conference held & to 10:00 5/30/01 by Judge Harry L. Hupp CR: Carmen Reyes (pbap)  [Entry date 04/24/01] [2:98cv6342]

 4/18/01    51    MINUTES: PTC ORDER. All OSCs are vacated   by Judge Harry L. Hupp CR: Cynthia L. Mizell **see MO for detailed info** (pbap) [Entry date 04/24/01] [2:98cv6342]

 4/20/01    52    WITNESS list submitted by intervenor plaintiff Korean  Labor Welfare (pbap) [Entry date 04/25/01] [2:98cv6342]

 4/20/01    53    EXHIBIT list by intervenor plaintiff Korean Labor  Welfare

(pbap) [Entry date 04/25/01] [2:98cv6342]

4/27/01   54   NOTICE OF MOTION AND MOTION by intervenor plaintiff  Korean Labor Welfare for protective order re: plf's depo ntc of  Rim Hwa Young ; motion hearing set for 9:00
5/23/01 (dhl) [Entry date 05/03/01] [2:98cv6342]

 4/27/01   55   DECLARATION of Robert L Wallan by intervenor plaintiff Korean Labor Welfare in suppt of motion for protective  order re: plf's depo ntc of Rim Hwa Young [54-1] (dhP   [Entry date 05/03/01] [2:98cv6342]

4/27/01 56   PROOF OF SERVICE by intervenor plaintiff Korean Labor Welfare on 4/27/01 of ntc of mot & mot for protecive ord, decl in suppt; svd by fax on Frank G Fleming & Brian J
Alexander & svd by mail on attached svc list. (dhl) [Entry date 05/03/011 [2:98cv6342]

 5/2/01   57   NOTICE OF MOTION AND MOTION by defendant USA to dismiss KLWC's claims for lack of subject matter jurisdiction ;  motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/03/01] [2:98cv6342]

5/2/01   58   NOTICE OF MOTION AND MOTION by intervenor plaintiff Korean Labor Welfare re: subrogation ; motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/04/01]
[2:98cv6342]

 5/2/01   59   DECLARATION of Rebecca N Kaufman by intervenor plaintiff Korean Labor Welfare in suppt of motion re: subrogation [58-1] (dhl) [Entry date 05/04/01] [2:98cv6342]

 5/2/01   60   DECLARATION of Jin Su Yune by intervenor plaintiff Korean Labor Welfare in suppt of motion re: subrogation [58-1] (dhl)  [Entry date 05/04/01] [2:98cv6342]

 5/2/01   61   DECLARATION of Hwa Young Lim by intervenor plaintiff  Korean Labor Welfare in suppt of motion re: subrogation [58-1] (dhl) [Entry date 05/04/01] [2:98cv6342]

5/2/01 62   PROOF OF SERVICE by intervenor plaintiff Korean Labor Welfare on 5/2/01 of mot re: subrogation, decl of Hwa Young Lim, decl of Jin Su Yune, decl of Rebecca N Kaufman & proof of svc; svd on attached svc list by mail. (dhl) [Entry date 05/04/01] [2:98cv6342]

 5/2/01   63   BRIEF FILED by defendant Korean Air Lines Co re KLWC  claims  (dhl) [Entry date 05/04/01] [2:98cv6342]

 5/2/01   64   DECLARATION of Jennifer J Johnston by defendant Korean Air Lines Co in suppt of brief [63-1] (dhl)  [Entry date 05/04/01] [2:98cv6342]

 5/2/01   65   DECLARATION of Eun Young Jung by defendant Korean Air  Lines Co in suppt of brief [63-1] (dhl)  [Entry date 05/04/01] [2:98cv6342]

 5/2/01   66   NOTICE OF MOTION AND MOTION by plaintiff for summary  judgment ; motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/04/01I
[2:98cv6342]

 5/2/01   67   MEMORANDUM IN SUPPORT by plaintiff of motion for summary judgment [66-1] `(dhl) [Entry date 05/04/01] [2:98cv6342]

 5/2/01   68   DECLARATION of Francis G Fleming by plaintiff in suppt of motion for summary judgment [66-1] (dhi)  [Entry date 05/04/011 [2:98cv6342]

5/3/01   69   MINUTES: vacating hearing re motion for protective order  re: pif's depo ntc of Rim Hwa Young [54-1] for failure to  file jnt stip as req by LR by Magistrate Judge Rosalyn M. Chapman CR: n/a (dmjr) [Entry date 05/07/01]  [2: 98cv6342]

5/4/01 70   NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp plfs (1) ntc of mot & mot for summ jgm; (2) memo of P&A's; (3) decl of Fleming; (4) stmt of uncontrov facts
rcd on 5/2/01 are to be filed and processed. (pbap) [Entry date 05/14/01] [2:98cv6342]

5/16/01   71   OPPOSITION by defendant Korean Air Lines Co to motion  re: subrogation [58-1] (dhl) [Entry date 05/17/01]
[2: 98cv6342]

5/16/01   72   DECLARATION of Jennifer J Johnston by defendant Korean  Air Lines Co in suppt of app to motion re: subrogation [58-1] (dhl) [Entry date 05/17/01] [2:98cv6342]

5/16/01   73   OPPOSITION by plaintiffs to motion re: subrogation  [58-1] (dhl) [Entry date 05/17/01] [2:98cv6342]

5/16/01   74   OPPOSITION by intervenor plaintiff Korean Labor Welfare  to motion to dismiss KLWC's claims for lack of subject matter jurisdiction [57-1] (dhl) [Entry date 05/17/01]
 [2:98cv6342]

5/16/01   75   DECLARATION of Jin Su Yune by intervenor plaintiff Korean Labor Welfare in suppt of KLWC's app to plfs' & dfts' briefs re: subrogation [58-1] (dhl) [Entry date 05/17/01]
 [2:98cv6342]

5/16/01   76   Suppl DECLARATION of Hwa Young Lim by intervenor  plaintiff Korean Labor Welfare in suppt of KLWC's opp to dfts' &  pltfs' briefs re: subrogation [58-1] (dhl)
[Entry date 05/17/01] [2:98cv6342]

5/16/01   77   RESPONSE by intervenor plaintiff Korean Labor Welfare to KAL's brief re: KLWC's subrogation claims [58-1] (dhl) [Entry date 05/17/01] [2:98cv6342]

5/16/01   78   OBJECTIONS filed by intervenor plaintiff Korean Labor  Welfare to decl of Eun Young Jun fld in suppt of KAL's brief re: KLWC's subrogation claims [58-1] (dhl) [Entry date
05/17/01] [2:98cv6342]

5/16/01   79   OPPOSITION by intervenor plaintiff Korean Labor Welfare  to motion for summary judgment [66-1] (dhl)  [Entry date 05/17/01] [2:98cv6342]

5/16/01   80   STATEMENT of genuine issues by intervenor plaintiff  Korean Labor Welfare in suppt of its opp to motion for summary judgment [66-1] (dhl) [Entry date 05/17/01]
[2:98cv6342]

5/16/01   81   PROOF OF SERVICE by intervenor plaintiff Korean Labor Welfare on 5/16/01 of Opp to mot to dism re: subrogation,  Resp to KAL's brief re: subrogation claims, Opp to plfs'
mot for summary judgment, and related documents svd on  attached list by fax. (dhl) [Entry date 05/17/01]  [2: 98cv6342]

5/16/01    82   OPPOSITION by defendant USA to motion re: subrogation [58-1]
(dhl) [Entry date 05/21/01] [2:98cv6342]

 5/23/01    83   REPLY by defendant Korean Air Lines Co to response of  KLWC
re KLWC claims [58-1] (dhl) [Entry date 05/25/01][2 : 98cv6342]

 5/23/01    84   REPLY by intervenor plaintiff Korean Labor Welfare to  KAL's
opp to motion re: subrogation [58-1] (dhl) [Entry date 05/25/01]
[2:98cv6342]

 5/23/01    85   REPLY by intervenor plaintiff Korean Labor Welfare to  USA's
opp to motion re: subrogation [58-1] (dhl) [Entry date 05/25/01]
[2:98cv6342]

 5/23/01    86   REPLY brief by intervenor plaintiff Korean Labor Welfare  to
plfs' opp to motion re: subrogation [58-1] (dhl) [Entry date 05/25/01]
[2:98cv6342]

 5/23/01    87   DECLARATION of Rebecca N Kaufman by intervenor plaintiff
Korean Labor Welfare in suppt of KLWC's reply brief re motion re: subrogation
[58-1] (dhl) [Entry date 05/25/01] [Edit date 05/25/01] [2:98cv6342]

 5/23/01    88   Objections by intervenor plaintiff Korean Labor Welfare  to
deci of Jungil Lee Esq re motion re: subrogation [58-1] (dhl) [Entry date
05/25/01] [2:98cv6342]

 5/23/01    89   REPLY brief by defendant USA in suppt of its motion to
dismiss KLWC'5 claims for lack of subject matter jurisdiction [57-1] (dhl)
[Entry date 05/25/01] [2: 98cv6342]

5/23/01    91   PROOF OF SERVICE via overnight courier by intervenor
plaintiff Korean Labor Welfare on 5/23/01 of KLWC's rply briefs to opp to
KLWC's mot re subrogation. [Relates to
MDL# 1237] (et) [Entry date 06/01/01] [2:98cv6342]

 5/23/01    92   MINUTES by Judge Harry L. Hupp: Crt is informed all mots  set
for 5/30/01 are settled, therefore, ; pretrial  conference off calendar,
taking motion to dismiss KLWC's  claims for lack of subject matter
jurisdiction [57-11 off  calendar, taking motion for summary judgment [66-1]
off  calendar, taking motion re: subrogation [58-1] off  calendar. CR: n/a.
(gk) [Entry date 06/06/01]  [2: 98cv6342]

 5/25/01    90   NOTICE OF FILING OF DECLARATION of Jungil Lee, Esq. by
plaintiff Goun Ja Lee in suppt of their opposition to KLWC's motion re:
subrogation [58-1] (et) [Entry date 05/31/01] [2:98cv6342]

 6/6/0 1    93   PRE-TRIAL CONFERENCE ORDER approved by Judge Harry L.  Hupp
(re: Mi Ra Son), (re: MDL 1237) **see ord for info** (pbap)  [Entry date
06/13/01] [2:98cv6342]

 6/6/01   94   MINUTES: ORD that the following cases are ransferred to  the
District of Guam upon the filing of the pretrial  conference order and the
filing of this minute order: CV  98-6334, CV 98-6337, CV 98-6338, CV 98-6341,
CV 98-6342, CV  98-6343, CV 98-6344,
CV 98-6345. Upon completion of  transfer, counsel may expect a notice from
Judge Unpingco  in Guam (as to the Guam cases) and the judge assigned in
this district (as to the retained crew case) setting up a status conference
to trial dates and other matters. Any  further procedural matters as to the
Guam
cases and the  damage aspects of the retained crew case (motions,
stipulation, application, etc.) should be set before the  judge to whom the
case is or will be assigned and not to  this court. Case transferred to Dist

of: Guam by Judge  Harry L. Hupp CR: Cynthia L. Mizell. (ENT 6/13/01) MD JS
6 mld cpys & ntc (pbap) [Entry date 06/13/01]   [2: 98cv6342]

 6/15/01            TRANSMITTAL of documents orig file, cc docket & ord to
the  District of GUAM. (pbap) [Entry date 06/15/01]
[2 : 98cv6342];   [RSN EOD 06/28/2001]